**STATE of Missouri ex rel., Jeremiah W. NIXON, Attorney General, State of Missouri, Respondent,**

v.

**Gayland P. OTT, Appellant Pro Se.**

**No. WD 61391.**

Missouri Court of Appeals,
Western District.

Feb. 11, 2003.

Gayland P. Ott, Cameron, pro se.

Troy Allan, Assistant Attorney General, Jefferson City, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, VICTOR C. HOWARD, Judge and LISA WHITE HARDWICK, Judge.

*ORDER*

PER CURIAM.

Appellant Gayland P. Ott appeals from a judgment entered by the Circuit Court of Cole County denying Ott's motion to set aside a judgment awarding the State $1,415.69 from his certificate of deposit account as reimbursement for Ott's care. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).